FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 01 2025

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERTSON

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-0784

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about August 1, 2025 in Fulton County, in the Northern District of Georgia, defendant(s) did knowingly send a communication in interstate or foreign commerce containing a true threat to injure the person of another,

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_Kelly Gray_
Signature of Complainant
Kelly Gray

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| August 1, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_CCB_
Signature of Judicial Officer

AUSA Brent Alan Gray and Bret R. Hobson /
Brent.Gray@usdoj.gov and Bret.Hobson@usdoj.gov

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kelly Gray, hereby depose and say under penalty of perjury:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2008. I am currently assigned to an FBI squad that investigates civil rights and public corruption crimes in the Atlanta, Georgia area. I have attended the FBI Academy and received extensive training on investigating violations of federal law. I have conducted or been involved in the successful prosecution of civil rights offenses, public corruption offenses, cases involving true threats, domestic terrorism matters, violent crimes, organized crime groups, and drug trafficking organizations. Moreover, because of my training and experience, I am familiar with and have used all normal methods of investigation, including but not limited to, visual surveillance, electronic surveillance, informant and witness interviews, interrogation, and undercover operations. I have also received training and have conducted numerous analyses of social media accounts, telephone records, and online platforms used by criminal actors.

2. I make this affidavit in support of criminal complaint, authorizing the arrest of Christopher ROBERTSON, for violation of 18 U.S.C. § 875(c) (Interstate Communication of Threats).

3. This affidavit is intended to establish probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter. I make this affidavit based upon personal knowledge derived from my participation in this investigation and information that I have learned from discussions with other law enforcement agents.

**Probable Cause**

4.      On July 30, 2025, at approximately 3:15 p.m., staff members at the Jewish Federation of Greater Atlanta (JFGA), located at 1440 Spring Street, NW, Atlanta, Georgia, notified the Secure Community Network (SCN) staff located in the building that they observed an unknown white male wandering around the parking lot inside the secure area of the facility. SCN staff engaged the male in the parking lot and determined the male had driven inside the secure fence line of the JFGA without permission.

5.      The male identified himself as Christopher ROBERTSON of Fairburn, Georgia. ROBERTSON advised SCN staff that he had designated himself as "the official spokesperson for the white race" and stated that he wanted to speak with a high-ranking Jewish official. ROBERTSON further claimed that he wanted to learn more about Judaism and wanted to "address things on a political and religious level" in order to avoid further antisemitism, and to end the conflict between Israel and Hamas.

6.      SCN staff explained the function of the JFGA and the Breman Museum (also housed in the JFGA building) to ROBERTSON and advised ROBERTSON there was no one at the JFGA to speak with him. SCN staff then escorted ROBERTSON to his vehicle, an Acura SUV with Kansas license plate number AJA2. ROBERTSON then drove from the premises.

7.      Also on July 30, 2025, at approximately 4:00 p.m., ROBERTSON appeared at The Temple, a Jewish synagogue located at 1589 Peachtree Street, NE, Atlanta, Georgia. At The Temple, ROBERTSON encountered two staff members and asked to speak to a rabbi. The staff members escorted ROBERTSON to a coffee shop within The Temple and talked with him. An Atlanta Police Department (APD) officer who was

working a routine security job for The Temple accompanied ROBERTSON and the two staff members. At the coffee shop, ROBERTSON shared his thoughts on Jewish people and made statements about the decline of the white race. While speaking with ROBERTSON, a staff member took a photograph of him. Security staff ultimately ushered ROBERTSON out of The Temple and monitored him leaving the property.

8. Following these two encounters with ROBERTSON, SCN staff conducted open-source research and discovered several social media accounts used by ROBERTSON, including a YouTube account called "Real Life Music, LLC." On one YouTube video, ROBERTSON's face was visible as he sang a song with the lyrics, "Fuck the Jews, fuck you if you Jewish, fuck the Jews, fuck you if you Jewish. One shot, two shots, leave you in the sewage."

9. SCN also discovered a Facebook profile under the alias name "James Lomak." On that Facebook page, ROBERTSON's face was visible in dozens of videos as he spoke directly to a camera. In one such video, posted on July 28, 2025, ROBERTSON held a black pistol loaded with a magazine in his left hand. While holding the pistol, ROBERTSON spoke about the "cultural genocide" of the white race. He said he is "outraged" by people calling for his destruction. He said, "It is at this point we come to a juncture . . . if we continue to then we must insist to proceed to remove everybody off this country that is not white . . . this is getting to be very serious." A caption on the video read, "I will not tolerate cultural genocide get that understood I will fight for it, I will die for it, I will kill for it."

10. On July 29, 2025, ROBERTSON posted a video to Facebook in which he said that he was angry that the Jews had "silenced" him online. He further stated he

was "going to pull up in a synagogue and start some arguments with the goddam Jew overlords in person."

11.  Also on July 29, 2025, ROBERTSON posted a video to Facebook in which he was visibly angry and screaming, "Jewish people, I am the official representative of the white race, and we will destroy you before we let you kill us!"

12.  Also on July 29, 2025, ROBERTSON posted a video to Facebook in which stated, "Tomorrow is a very important day. I will be going to the Jewish Federation of Atlanta tomorrow, and the purpose of me going there . . . around 9:00 or 10:00 in the morning . . . my purpose in going there as the official delegate of the white race, pre-war, is to give the Jewish race one opportunity and one opportunity only, to officially recant and correct the extinction of the white race. Specifically, there is one topic. If we are going to war, then the result is they do not recant . . . ." ROBERTSON continued to speak about the extinction of the white race and said, ". . . we will go to war and put them right back in the ovens." ROBERSTON then stated, "The only way the Jews have any option for survival in this country or in this world is this conversation that is had tomorrow on an official level. Jewish people, you need to gather up whoever the fuck you need to gather up and get them to Atlanta now. This is the only chance you the Jewish people have to not be crucified . . . . I will be there tomorrow."

13.  On July 30, 2025, ROBERTSON posted a video to Facebook in which The Temple in Atlanta was visible in the background. ROBERTSON stated that he had to "get into a gate" and "pull a source move" to be able take a photo he had posted earlier. (The posted photo was of ROBERTSON standing in front of the JFGA inside the secured facility.) In the video, ROBERTSON also stated, "I'm just looking for some Jews to have

4

some conversations with. Again my goal is for Jews to not to get slaughtered, and people are very mad at Jews because of their ways."

14. After reviewing ROBERTSON's social media accounts, SCN and JFGA notified the FBI, APD, and other law enforcement entities about their interactions with and investigation regarding ROBERTSON. In addition, JFGA requested and received additional law enforcement patrols at all 80 Jewish facilities that fall under the area of responsibility of the JFGA in the greater Atlanta area. Simultaneously, JFGA emailed a "Be On the Lookout" (BOLO) notice regarding ROBERTSON to all security and leadership points of contact at all of their facilities. Finally, JFGA checked FLOCK cameras that are installed at 34 locations across their facilities. After reviewing FLOCK camera data, JFGA confirmed that ROBERTSON's vehicle was present at both The Temple and the JFGA building on July 30, 2025.

15. On July 31, 2025, R.W., a retired police officer, contacted the JFGA. R.W.'s purpose in contacting the JFGA was to notify JFGA about the recent Facebook posts made by ROBERTSON. On July 31, 2025, FBI agents interviewed R.W. who stated that he is in Kansas City, Kansas. He is a retired Wichita, Kansas, police officer. He came into contact with ROBERTSON a few years ago at the Masonic Lodge in Wichita. During that time, ROBERTSON did not appear violent. ROBERTSON later moved to Atlanta to pursue a career in rap music. R.W. continued to follow ROBERTSON on Facebook after ROBERTSON moved to Atlanta. ROBERTSON's Facebook profile name is "James Lomak." After ROBERTSON moved to Atlanta, R.W. observed ROBERTSON's Facebook posts become increasingly antisemitic. Approximately one month ago, ROBERTSON made a post that seemed suicidal. R.W. reached out to ROBERTSON over Facebook messenger and asked him if he needed to talk to someone.

5

R.W. called ROBERTSON. Their conversation started out "normal" but then devolved into something nonsensical. R.W. continued to watch ROBERTSON's Facebook posts. R.W. became increasingly concerned ROBERTSON would do something violent. R.W. observed a Facebook video post where ROBERTSON was waving around a pistol and talking about genocide. R.W. observed a Facebook video ROBERTSON made about "putting Jews in ovens." R.W. believed ROBERTSON uses marijuana and possibly other drugs, too.

16.  On July 31, 2025, ROBERTSON posted a video to Facebook in which he stated that he was going to "Chop it up with a rabbi here and see if they are immoral. . . . I am a man of morals, character and righteousness, and also authority." Then, approximately 40 minutes later, ROBERSTON appeared at the Peachtree City Chabad located at 632 Dogwood Trail, Tyrone, Georgia. ROBERTSON told staff he wanted to talk to a rabbi. The rabbi, who had not yet checked his emails and had not received the BOLO distributed by JFGA, agreed to the meeting. ROBERTSON was escorted into the facility. Moments thereafter, the rabbi read the email from JFGA containing the BOLO regarding ROBERTSON. Upon realizing that ROBERTSON, the subject of the BOLO, was present within the Chabad, the rabbi immediately locked down the facility and called 911.

17.  While the rabbi and Chabad staff awaited the arrival of local law enforcement, they barricaded themselves into an office space within the facility for safety from ROBERTSON. Once law enforcement entered the facility, the rabbi engaged with ROBERTSON in the presence of law enforcement. While the rabbi engaged with ROBERTSON, other members of the Chabad staff remained barricaded within the office.

18. ROBERTSON video recorded his conversation with the rabbi, which ROBERTSON later posted on his Facebook page with the caption, "The official congregation with the Jewish and White counsel did not go well[.]" During their conversation, ROBERTSON identified himself as the "official delegate of the white race." ROBERTSON urged the rabbi to denounce certain portions of the Talmud. ROBERTSON stated, "There are a lot of Jewish people working for the genocide of the white race." ROBERTSON became increasingly loud and angry during the approximately ten-minute conversation with the rabbi. ROBERTSON said, "You're on the verge of extermination, I am here giving you a chance to tell the truth to the people and you're lying!" The rabbi asked ROBERTSON to calm down on several occasions. ROBERTSON said, "I am the white man, and I will not tolerate our extinction!" The rabbi said that ROBERTSON was threatening him and that if he continued to yell the conversation would be over. ROBERTSON said, "You kick me out when you feel scared." The rabbi said, "Out, now." Local law enforcement escorted ROBERTSON out of the building, gave him a criminal trespass warning, and released him.

19. On the evening of July 31, 2025, ROBERTSON called several Jewish organizations, identified himself, and attempted to arrange meetings with rabbis. ROBERTSON called Congregation B'nai Israel in Fayetteville, Georgia; Dor Tamid in Johns Creek, Georgia; and Ahavath Achim Synagogue in Atlanta, Georgia.

20. On or about August 1, 2025, ROBERTSON posted a video to Facebook. ROBERTSON's face is visible in the video, which was captioned, "This is our country. You are our guest." In the video, ROBERTSON said, "You racist black people who are making comments, talking about all white people need to die, you people that think that because, you're comfortable, you understand? You're comfortable now, and you

think it's okay to lash out openly at the white man.  Like, we will kill the shit out of you guys, I hope you understand that.  We will fucking murder you.  We don't do what y'all are doing.  We don't get online and yah, yah, yah, yah, yah.  [As ROBERTSON said this, he moved his hand in a manner to mimic the way one moves one's mouth while talking.]  We go fah, fah, fah, fah, fah, fah.  [As ROBERTSON said this, he moved his hand in a manner consistent with pulling a trigger on a pistol.]  You goddam bitch mother fuckers are in our country.  You making posts saying, 'all white men need to die,' and 'I can't believe white men are doing this.'  Bro, we will murder everybody in this bitch.  Everybody in this bitch.  We will take over this goddam country."